IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MD RECYCLING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:07-CV-206 |
| | ) | |
| ALLIED WASTE INDUSTRIES, INC. | ) | |
| d/b/a ALLIED WASTE SERVICES OF | ) | |
| TRI CITIES f/k/a BROWNING FERRIES | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, "MD Recycling, Inc.'s Motion for Preliminary Injunction" [doc. 2] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

　　　　　　　　　　　　s/ Leon Jordan
　　　　　　　　　　United States District Judge